# Order

**Michigan Supreme Court**
**Lansing, Michigan**

June 30, 2006

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

128843

In re:

The Honorable David Martin Bradfield          SC: 128843
Judge, 36th District Court                            JTC:  Formal Complaint No. 79
Detroit, MI  48226

_____/

On order of the Court, it appearing that respondent judge has resigned his judicial office and that the Judicial Tenure Commission has on June 12, 2006 entered an order of dismissal, this case is DISMISSED.



I,  Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

June 30, 2006

Clerk

t0627